IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD EDMONDS,<br>         Plaintiff,<br><br>    v.<br><br>NEXUS RV LLC and BOAT-N-RV,<br>         Defendants. | CIVIL ACTION<br><br><br><br>NO.  19-5348 |

**ORDER**

AND NOW, this    6th    day of February, 2020, upon consideration of the Motion of Defendant Tilden Recreational Vehicles, d/b/a Boat-N-RV Superstore to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) or to Stay and Compel Arbitration (Doc. No. 3) and Plaintiff's Response in opposition thereto, it is hereby ORDERED that the Motion is GRANTED, this matter is STAYED and REFERRED to Arbitration in accordance with the terms of the Sales Agreement entered into between the parties for the reasons set forth in the preceding Memorandum Opinion.

                                BY THE COURT:

                                s/ J. Curtis Joyner
                                _____
                                J. CURTIS JOYNER,      J.